UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON MEISELS<br>on behalf of himself and<br>all other similarly situated consumers<br><br>                                  Plaintiff,<br><br>         -against-<br><br>CLIENT SERVICES, INC.<br><br>                                  Defendant. | Case No.<br><br>1:17-cv-03091-MKB-RML<br><br>STIPULATION OF<br>DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Brooklyn, New York<br>           July 24, 2017<br><br>  /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | Dated: New York, New York<br>           July 24, 2017<br><br>  /s/ Adam Patrick Hartley<br>Adam Patrick Hartley, Esq.<br>Ballard Spahr LLP<br>Attorney for the Defendant<br>919 Third Avenue, 37th Floor<br>New York, New York 10022<br>Office: (646) 346-8033<br>Fax: (212) 223-1942<br>E-mail: hartleya@ballardspahr.com |

SO ORDERED:
s/ MKB 7/26/2017

_____
MARGO K. BRODIE
United States District Judge